# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| HAWK TECHNOLOGY SYSTEMS, LLC, | ) |
| | ) |
| Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | ) Case No. 3:16-cv-00701 |
| | ) |
| FRED'S, INC., | ) |
| | ) |
| Defendant/Counter-Plaintiff. | ) |

## NOTICE OF SETTLEMENT

**COME NOW**, the parties in the above-styled matter, by and through their respective undersigned counsel, and advises the Court that this matter has been settled, and pending the execution of the Release, a Stipulation of Dismissal with prejudice will be filed accordingly.

**Dated**, this the 31st day of May, 2017.

s/Frank J. Dantone
**FRANK J. DANTONE, MSB #5792**
**HENDERSON DANTONE, P.A.**
P.O. Box 778
Greenville, MS 38702
Telephone No. (662) 378-3400
Facsimile No. (662) 378-3413
E-mail: fjd@hdpa.com

Attorney for Plaintiff, Hawk Technology Systems, LLC


s/Bradley E. Trammell
**BRADLEY E. TRAMMELL, BPR #13980**
**BAKER, DONELSON, BEARMAN,**
  **CALDWELL & BERKOWITZ, PC - Memphis**
2000 First Tennessee Bldg.
165 Madison Avenue
Memphis, TN 38103
Telephone No. (901) 526-2000
Facsimile No. (901) 577-0781
Email: btrammell@bakerdonelson.com

s/Sheryl Bey
**SHERYL BEY, MSB #9484**
**BAKER, DONELSON, BEARMAN,**
  **CALDWELL & BERKOWITZ, PC - Jackson**
One Eastover Center
100 Vision Drive, Suite 400
P. O. Box 14167 (39236-4167)
Jackson, MS 39211
Telephone No. (601) 351-2400
Email: sbey@bakerdonelson.com

Attorneys for Defendant, Fred's, Inc.